(CEDARBAUM, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-11-07
```

------------------------------------------------- x
Gary Miller, d/b/a enature.net,                  :

                Plaintiff,       :     07-CV-5713
                                   (MGC)
   -against-                                  :     ECF CASE

Pavel Ushakov and Center Studios, LLC.,           :     **STIPULATION AND ORDER**

                Defendants.      :
------------------------------------------------- x

PLAINTIFF, BY HIS COUNSEL, HEREBY STIPULATES AND AGREES:

1. That Defendant's time to answer or otherwise move with respect to the complaint is hereby extended from July 16, 2007 to and including August 16, 2007; and

2. That this request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

Dated: New York, New York
       July 10, 2007

EUGENE B. NATHANSON, ESQ.
Attorney for Plaintiff

By: _____
   Eugene B. Nathanson, Esq.
305 Broadway, Suite 200
New York, NY 10007-3625
(212) 608-6771
EN1080

Dated: New York, New York
       July 11, 2007

SO ORDERED:

_____
Miriam Goldman Cedarbaum
U. S. D. J.