UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
Gary Miller, d/b/a enature.net,                                 :

                Plaintiff,        :          07-CV-5713
                                            (MGC)
     -against-                                                :          ECF CASE

Pavel Ushakov and Center Studios, LLC.,            :          **NOTICE OF APPEARANCE**

                Defendants.         :
----------------------------------------------------------------- x

      To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Pavel Ushakov and Center Studios LLC.

      I certify that I am admitted to practice in this court.

Dated: August 21, 2007

      Glen Allen, Virginia                              Respectfully submitted:


                                                  DOZIER INTERNET LAW, P.C.

                                By:      /s/ Donald E. Morris, Esq._
                                        Donald E. Morris, Esq. (DM-9138)
                                        DOZIER INTERNET LAW, P.C.
                                        301 Concourse Blvd.
                                        West Shore III, Suite 300
                                        Glen Allen, VA 23059
                                        Phone (804) 346-9770 ex. 307
                                        Fax (804) 346-0800
                                        Email: don@cybertriallawyer.com

                                        Attorneys for Defendants
                                        Center Studios LLC and Pavel Ushakov

## Certificate of Service

    I hereby certify that on August 21, 2007, I electronically transmitted Defendants' Notice of Appearance to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eugene B. Nathanson
305 Broadway
Suite 200
New York, NY 10007

Attorney for Plaintiff

/s/ Donald E. Morris, Esq.

2