UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
Gary Miller, d/b/a enature.net,                                  :

                Plaintiff,          :       07-CV-5713
                                             (MGC)
  -against-                                                      :       ECF CASE

Pavel Ushakov and Center Studios, LLC.,      :       **CENTER STUDIOS, LLC.'S**
                                                              **DISCLOSURE STATEMENT**
                Defendants.         :       **PURSUANT TO CIVIL RULE 7.1**
------------------------------------------------------------------ x

Center Studios LLC certifies that it is a non-governmental limited liability company organized and existing under the laws of the State of Ohio, with its principal place of business in Beachwood, Ohio. Center Studios LLC submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, for the use of the judges of this Court:

    1. Center Studios LLC is not a publicly-held corporation or other publicly-held entity;

    2. Center Studios LLC does not have any parent corporation;

    3. No publicly-held corporation owns 10 percent or more of Center Studios LLC's stock; and

    4. Pavel Ushakov is the sole owner of Center Studios LLC.

Dated: August 21, 2007

       Glen Allen, Virginia                Respectfully submitted:

                                            DOZIER INTERNET LAW, P.C.

                           By:    /s/ Donald E. Morris, Esq.
                                       Donald E. Morris, Esq. (DM-9138)
                                       DOZIER INTERNET LAW, P.C.
                                       301 Concourse Blvd.
                                       West Shore III, Suite 300
                                       Glen Allen, VA 23059
                                       Phone (804) 346-9770 ex. 307
                                       Fax (804) 346-0800
                                       Email: don@cybertriallawyer.com

                                       Attorneys for Defendants
                                       Center Studios LLC and Pavel Ushakov

2

**Certificate of Service**

      I hereby certify that on August 21, 2007, I electronically transmitted Defendant Center Studios LLC's Disclosure Statement pursuant to Civil Rule 7.1 to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eugene B. Nathanson<br>
305 Broadway<br>
Suite 200<br>
New York, NY 10007

Attorney for Plaintiff

/s/ Donald E. Morris, Esq.