UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Gary Miller

                            Plaintiff,

           -against-

Pavel Ushakov et al.

                           Defendant.

-----------------------------------------------------------------x

07 CIVIL 5713 (MGC)

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Eugene B Nathanson

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 1080

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 30 Vesey Street, 4th Floor

☐ *Telephone Number:* 212-608-6771

☐ *Fax Number:* 212-500-2729

☐ *E-Mail Address:* eugenenathanson@nysbar.com

Dated: October 17, 2007