UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
Gary Miller, d/b/a enature.net,                                :

                Plaintiff,               :     07-CV-5713
                                                                                       (MGC)
     -against-                                                 :     ECF CASE

Pavel Ushakov and Center Studios, LLC.,              :     **STIPULATION OF**
                                                                                  **DISMISSAL**
                Defendants.             :     **(Fed. R. Civ. P.**
-------------------------------------------------------------- x     **41(a)(1)(A)(ii))**

     The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

| For the Plaintiff Gary Miller: | For the Defendants Pavel Ushakov and Center Studios, LLC: |
|---|---|
| Eugene B. Nathanson, Esq.<br>305 Broadway, Suite 200<br>New York, NY 10007<br>(212) 608-6771<br>(212) 500-2729 (fax)<br>eugenenathanson@nysbar.com<br><br>By: _/s/_<br>Eugene B. Nathanson (EN-1080)<br><br>Dated: 12/14/07<br><br>Attorney for Plaintiff | DOZIER INTERNET LAW, P.C.<br>301 Concourse Blvd.<br>West Shore III, Suite 300<br>Glen Allen, VA 23059<br>(804) 346-9770<br>(804) 346-0800 (fax)<br>don@cybertriallawyer.com<br><br>By: _/s/_<br>Donald E. Morris (DM-9138)<br><br>Dated: 12/12/07<br><br>Attorneys for Defendants: |

**IT IS SO ORDERED**

Dated:_____

_____

Hon. Miriam G. Cedarbaum
United States District Judge