UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

Gary Miller, d/b/a enature.net, :

                                Plaintiff, :     07-CV-5713
                                                   (MGC)
     -against- :     ECF CASE

Pavel Ushakov and Center Studios, LLC., :     **STIPULATION OF**
                                Defendants. :     **DISMISSAL**
                                                                 **(Fed. R. Civ. P.**
                                                                  **41(a)(1)(A)(ii))**

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

      The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

For the Plaintiff Gary Miller:

Eugene B. Nathanson, Esq.
305 Broadway, Suite 200
New York, NY 10007
(212) 608-6771
(212) 500-2729 (fax)
eugenenathanson@nysbar.com

By: _____
Eugene B. Nathanson (EN-1080)

Dated: 12/14/07

Attorney for Plaintiff

For the Defendants Pavel Ushakov and Center Studios, LLC:

DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
(804) 346-9770
(804) 346-0800 (fax)
don@cybertriallawyer.com

By: _____
Donald E. Morris (DM-9138)

Dated: 12/12/07

Attorneys for Defendants:

**IT IS SO ORDERED**

Dated: Dec. 19, 2007

_____
Hon. Miriam G. Cedarbaum
United States District Judge